IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-00223-01-CR-W-ODS |
| CHRISTOPHER T. BROWN, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after de novo review, the plea of guilty of the Defendant to Count I of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent Order of the Court.

/s/ Ortrie D. Smith
**ORTRIE D. SMITH**
**United States District Judge**

Kansas City, Missouri
September 6, 2006